## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **AMANDA BUCHANAN**<br>*Plaintiff,* | * * * | CIVIL ACTION NO. _____ |
| *vs.* | * * | JUDGE _____ |
| **CERTAIN UNDERWRITERS AT LLOYD'S, LONDON**<br>*Defendant.* | * * * * | MAGISTRATE _____ |

* * * * * * * * * * * * * *

### NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that, under 28 U.S.C. §§ 1332, 1441 and 1446, and on the grounds set forth in this Notice of Removal, Defendant, Certain Underwriters at Lloyd's, London ("Underwriters"), removes this civil action, without waiver of any defense that it may have, whether procedural or substantive, from the Civil District Court for the Parish of Orleans, State of Louisiana, to the United States District Court for the Eastern District of Louisiana, where it might originally have been brought. In support of its removal of this action, Underwriters represent:

1.

The removing party, Underwriters, is a defendant in this civil action, which on February 2, 2023, was commenced in and is now pending in 29th Judicial District Court for the Parish of St. Charles, State of Louisiana, bearing No. 00091769, on the docket of that court and entitled "*Amanda Buchanan vs. Certain Underwriters at Lloyd's, London.*" A copy of the Petition and all other pleadings, process and orders served on Underwriters or filed in the action are attached to Underwriters' Notice of Removal, see Exhibit A.

2.

Service of the Petition and citation in the state-court action was made on Underwriters on February 24, 2023, by service on the Louisiana Secretary of State. This service was the first receipt by any defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based. Therefore the original Notice of Removal was timely filed, and the action was removed to this Court within the 30-day period of 28 U.S.C. § 1446(b).

3.

This action is one over which this Court has original jurisdiction under 28 U.S.C. § 1332, in that there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000 excluding interests and costs.

4.

Citizenship of Plaintiff: Plaintiff Amanda Buchanan, alleges that she is domiciled in the Parish of St. Charles, Louisiana, who owns the Property that is subject to the dispute at issue herein. *See* Petition ¶ ¶ 1 and 5.

5.

Citizenship of Defendant: There is one member at issue for Underwriters. The Underwriters' policy was issued by Syndicate 2488 subscribing to 100 percent of the risk. Syndicate 2488 is a Lloyd's syndicate equivalent to an unincorporated association. The sole member of Syndicate 2488 is Chubb Capital I limited, a private limited company incorporated in the United Kingdom with its principal place of business in London, England.[1] A United Kingdom private limited company is treated as an American corporation for purposes of federal diversity jurisdiction. *Green Coast Enters.*

---

[1] https://find-and-update.company-information.service.gov.uk/company/03100091

*v. Certain Underwriters At Lloyd's*, Civil Action 22-973 (E.D. La. Jun. 21, 2022) quoting *SHLD, LLC v. Hall*, No. 15-6225, 2015 WL 5772261, at *2 (S.D.N.Y. Sept. 29, 2015).

6.

Plaintiff's claims against Underwriters are alleged to arise out of damages suffered as a result of Hurricane Ida. Plaintiff alleges that the Property sustained damages falling within the scope of the insurance policy issued to Plaintiff by Underwriters. *See* Petition, ¶¶ 7-8 and 12-13. Plaintiff alleges Underwriters failed to pay sums that Plaintiff is owed under the Policy, ¶¶ 17-18. As a result, Plaintiff asserts claims of negligence, breach of an insurance contract, breach of the duty of good faith and fair dealing and bad faith. *See* Petition, ¶¶ 30-43.

7.

The total amount of damages sought by Plaintiff in this lawsuit exceeds the jurisdictional threshold of $75,000, exclusive of interest and costs, giving rise to federal jurisdiction under 28 U.S.C. § 1332(a). Plaintiffs seek payment of alleged losses under the policy including claims related to Plaintiff's roof, exterior and interior of the Dwelling. ¶ 13. Plaintiff believes they are entitled to actual damages, as well as penalties and attorney's fees pursuant to La. R.S. § 22:1892 and 22:1973. *See* Petition, ¶¶ 36-41. Plaintiff also seeks the following nonexclusive list of damages: mitigation, remediation and repair costs, and diminution in value of the property, mental anguish, additional living expenses, demolition, debris removal, and increased cost of construction. *See* Petition ¶43.

8.

Underwriters issued Policy of Insurance Number BMSA3700702 to Plaintiff, Amanda Buchanan, affording dwelling damage coverage in the amount of $257,000.00, other structures coverage in the amount of $5,140.00, personal property coverage in the amount of $128,500.00, and

-

loss of use coverage in the amount of $25,700.00 originally in effect from June 27, 2021 to June 27, 2022, which is attached to this notice as Exhibit "B".

9.

Immediately after filing its first Notice of Removal with the clerk of this Court, Underwriters complied with 28 U.S.C. § 1446(d) by causing a copy of this notice to be filed with the Clerk of Court of the 29th Judicial District Court Parish of St. Charles, State of Louisiana, and served on all other counsel of record.

10.

Underwriters reserve the right to assert its interest as to any issue or matter, including any issues or matters relating to this action. Underwriters reserve all rights, including defenses, objections, and exceptions, and the filing of this amended notice of removal is subject to, and without waiver of, any defense, objection, or exception.

**WHEREFORE**, Defendant, Certain Underwriters at Lloyd's, London, prays that the action now pending against it in the 29th Judicial District Court Parish of St. Charles, State of Louisiana, be removed to this Court and proceed herein.

Respectfully submitted,

/s/ Valerie M. Andrews
Leah N. Engelhardt (#23232)
Valerie M. Andrews (#39466)
**CHAFFE McCALL, L.L.P.**
1100 Poydras Street, Suite 2300
New Orleans, LA  70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 544-6054
Email: engelhardt@chaffe.com
         valerie.andrews@chaffe.com

***Attorneys for Certain Underwriters at Lloyd's, London***

-

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing pleading has this date been served on all counsel of record in these proceedings by:

|       |                  |       |                    |
|-------|------------------|-------|--------------------|
| (  )  | Hand Delivery    | (  )  | Prepaid U.S. Mail  |
| (  )  | Facsimile        | (  )  | Federal Express    |
| ( X ) | Electronic Mail  | (  )  | ECF                |

New Orleans, Louisiana this 24th day of March, 2023.

*/s/ Valerie M. Andrews*
VALERIE M. ANDREWS